1008

PATRICK BJORKQUIST, *Individually and on Behalf of All Others Similarly Situated, Appellant,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 02-2-11684-1, Linda Lau, J., entered March 3, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, A.C.J., and Baker, J.

*In the Matter of the Parentage of* N.M.F.

LONA R. FLEMMER, *Appellant,* v. MAGNI M. FAHIM, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 93-2-29534-1, Mary Yu, J., entered February 22, 2005. *Reversed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Agid, J.

RUTH E. BACHMAN, *Appellant,* v. THE KING COUNTY DEPARTMENT OF TRANSPORTATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-32687-9, Michael Hayden, J., entered February 24, 2005. *Affirmed* by unpublished per curiam opinion.

JOHNSON, CHRISTENSON, VIGER CONSTRUCTORS, INC., *Appellant,* v. PERRY, SHELTON, WALKER & ASSOCIATES, P.L.L.C., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-39912-4, Richard A. Jones, J., entered March 18, 2005. *Dismissed* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Grosse, JJ.